## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BY HOTEL SPE-3 LLC, *et al.*, | Case No. 26- |
| Debtors. | |

## CERTIFICATION OF CREDITOR MATRIX

BY Hotel SPE-3 LLC, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor") hereby verifies and declares under penalty of perjury that the Creditor Matrix submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the list of creditors of the Debtor, is complete and, to the best of the Debtor's knowledge, correct and consistent with the Debtor's books and records.

The information contained in the Creditor Matrix is based on a review of the Debtor's books and records. However, the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the Creditor Matrix. In addition, certain of the entities included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtor for purposes of this chapter 11 case. Therefore, this listing does not and should not be deemed to constitute either (i) a waiver of any defenses to any claims that may be asserted against the Debtor, or (ii) an acknowledgment of the validity or amount of any claims that may be asserted against the Debtor.

[*Remainder of page intentionally left blank*]

**Fill in this information to identify the case and this filing:**

Debtor Name __BY Hotel SPE-3 LLC__

United States Bankruptcy Court for the: _____    District of __Delaware__
                                                                                    (State)

Case number (*If known*):    _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Form 204)

☒ Other document that requires a declaration    __Creditor Matrix__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/08/2026__          ✗ __/s/ Su-Mei Yen__
          MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        __Su-Mei Yen__
                                        Printed name

                                        __Owner__
                                        Position or relationship to debtor

 STRETTO

# Creditor Mailing Matrix
as of 3/8/2026

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 1108 Karrma LLC | Attn: Jose Ulloa | 806 N York Rd | | Hinsdale | IL | 60521 |
| Abawa, Kassahun G. | | Address on File | | | | |
| Abay, Anthony | | Address on File | | | | |
| Abraham, Mark | | Address on File | | | | |
| ACORE Capital | | 5949 Sherry Lane | Suite 1255 | Dallas | TX | 75225 |
| AFCO Direct | Attn: LeAnn McDonald | 150 North Field Dr | Suite 190 | Lake Forest | IL | 60045 |
| Aire-Master of Suburban Chicagoland | | PO Box 9233 | | Naperville | IL | 60567-9233 |
| Alliance Laundry Systems | | PO Box 844226 | | Dallas | TX | 75284-844226 |
| Alliance Laundry Systems LLC | Attn: Carol Amundsen | 175 Gaylord ST | | Elk Grove Village | IL | 60007 |
| Amadeus Hospitality, Inc. | | PO Box 731577 | | Dallas | TX | 75373-1577 |
| Apolinar, Bryan | | Address on File | | | | |
| Arnold H. Landis, ESQ. | | Address on File | | | | |
| Baez, Daniel | | Address on File | | | | |
| Bea, Olivia V. | | Address on File | | | | |
| Beese, Kevin | | Address on File | | | | |
| Benghalia, Khalil | | Address on File | | | | |
| Best Western International, Inc. | | PO Box 842700 | | Los Angeles | CA | 90084-2700 |
| Booking.com B.V. | | 5295 Paysphere Circle | | Chicago | IL | 60674-5295 |
| Botello, Fernando | | Address on File | | | | |
| Brhanu Abza, Fantu | | Address on File | | | | |
| Briceno, Lorena | | Address on File | | | | |
| Brown Griffin, Diane K. | | Address on File | | | | |
| Butler, Lolita D. | | Address on File | | | | |
| Buzo, Julia | | Address on File | | | | |
| Byrd, Nicholas | | Address on File | | | | |
| Calloway, Alexis L. | | Address on File | | | | |
| Cano, Efigenia | | Address on File | | | | |
| Carbajal, Neri | | Address on File | | | | |
| Castillo, Antonio | | Address on File | | | | |
| Castillo, Randall | | Address on File | | | | |
| CeloPay LLC | | 1210 Thompson Bridge Rd | Suite A-235 | Gainesville | GA | 30501 |
| Central Pension Fund | | PO Box 223115 | | Pittsburgh | PA | 15251-2115 |
| Central Pension Fund | | PO Box 418433 | | Boston | MA | 02241-8483 |
| Cepeda, Alberto | | Address on File | | | | |
| Cervantes, Estela | | Address on File | | | | |
| Chemsearchfe | | 23261 Network Place | | Chicago | IL | 60673-1232 |
| Chicago Green Cleaners | | 3545 W Irving Park Rd | | Chicago | IL | 60618 |
| Chiguano, Jessica Marisol M. | | Address on File | | | | |

In re: BY Hotel SPE-3 LLC, et al.
Case No.

 STRETTO

# Creditor Mailing Matrix
as of 3/8/2026

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Choose Chicago | Attn: Accounts Payable | 301 E Cermak Rd | | Chicago | IL | 60616-1490 |
| Cintas Corp. #21 | | PO Box 88005 | | Chicago | IL | 60680-1005 |
| Cintas Corporation | | 97627 Eagle Way | | Chicago | IL | 60678-7627 |
| City of Chicago Dept of Revenue | Attn: Maritely Diaz | 121 N LaSalle St | Room 805 | Chicago | IL | 60602 |
| City of Chicago -Water Dept | | PO Box 6330 | | Chicago | IL | 60680 |
| Cobb, Robert | | Address on File | | | | |
| Comcast | | PO Box 4089 | | Carol Stream | IL | 60197-4089 |
| Comed | | PO Box 6111 | | Carol Stream | IL | 60197 |
| Consolidated Hospitality Supplies LLC | | PO Box 677130 | | Dallas | TX | 75267-7130 |
| Cook County Treassurer -Taxes | Attn: Yessica Hartline | 118 N Clark St | | Chicago | IL | 60602 |
| Cora Narsolis- Petty Cash | | Address on File | | | | |
| Cross, Janice | | Address on File | | | | |
| Cuevas, Monserrat | | Address on File | | | | |
| Daikin Comfort Technologies Manufacturing, L.P. | | PO Box 660063 | | Dallas | TX | 75266-0063 |
| D'Amico, Justin R. | | Address on File | | | | |
| Davis-Peterson, Isaac | | Address on File | | | | |
| De la Cruz Moris, Arismendy A. | | Address on File | | | | |
| Deluxe Branded Marketing | | PO Box 645633 | | Cincinnati | OH | 45264-5633 |
| Direct Energy Business | | PO Box 70220 | | Philadelphia | PA | 19176-0220 |
| Dominguez, M Isabel | | Address on File | | | | |
| Dynergy Energy Services | | 27679 Network Place | | Chicago | IL | 60673 |
| Educational Training Fund Local No. 399 | | 2260 S Grove St | | Chicago | IL | 60616 |
| Engineered Security and Sound, Inc. | | 1275 W Roosevelt Rd | Suite 108 | West Chicago | IL | 60185 |
| Escobar, Markus E. | | Address on File | | | | |
| Espino, Esmeralda | | Address on File | | | | |
| Evanston Northshore Hotel Partners LLC | Attn: Jose Ulloa | 806 N York Rd | | Hinsdale | IL | 60521 |
| Fernandez, Cristina | | Address on File | | | | |
| Flores, Mayra | | Address on File | | | | |
| Fox Valley Fire & Safety | | 2730 Pinnacle Dr | | Elgin | IL | 60124 |
| Frazier, La'Angela M. | | Address on File | | | | |
| Gamboa, Carolina | | Address on File | | | | |
| Garcia Hernandez, Maria | | Address on File | | | | |
| Garcia, Norma | | Address on File | | | | |
| Garfias, Jesica | | Address on File | | | | |
| Gebre, Alem | | Address on File | | | | |
| Gehrke Technology Group, Inc. | | 1050 N Rand Rd | | Wauconda | IL | 60084 |
| Glass Dimension | | 1942 N 15th Ave | | Melrose Park | IL | 60160 |
| Gomez, Josefina | | Address on File | | | | |

 STRETTO

# Creditor Mailing Matrix
as of 3/8/2026

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Gonzaga, Leticia | | Address on File | | | | |
| Gonzalez, Maria P. | | Address on File | | | | |
| Gonzalez, Octavio | | Address on File | | | | |
| Gordillo, Ivette | | Address on File | | | | |
| Graciano, Jose | | Address on File | | | | |
| Grainger | | Dept 859968802 | | Palatine | IL | 60038-0001 |
| Grainger | | Dept 887168251 | | Palatine | IL | 60038-0001 |
| Great Lakes Coca-Cola Distribution | | PO Box 809082 | | Chicago | IL | 60680-9082 |
| Guest Supply | | PO Box 6771 | | Somerset | NJ | 08875-6771 |
| Guest-Tek Interactive Entertainment Inc. | | PO Box 95864 | | Chicago | IL | 60694-5864 |
| Guinto-flores, Elisenda | | Address on File | | | | |
| Gutierrez, Maria | | Address on File | | | | |
| HD Supply Facilities Maintenance, Ltd. | | PO Box 509058 | | San Diego | CA | 92150-9058 |
| Hernandez Morales, Maria I. | | Address on File | | | | |
| Hilton | | 4649 Paysphere Circle | | Chicago | IL | 60674 |
| Holmes, Dalisa | | Address on File | | | | |
| Hopkins, Luvinia D. | | Address on File | | | | |
| Howard, Brandon M. | | Address on File | | | | |
| Hui Hsien Bert Yen | | Address on File | | | | |
| Huntington Bank | | 41 South High St | | Columbus | OH | 43287 |
| I.U.O.E Local 399 ETF | | 2260 S Grove St | | Chicago | IL | 60616 |
| Idir, Brahim | | Address on File | | | | |
| Illinois Dept of Revenue | Attn: Benjamin Henson | PO Box 19006 | | Springfield | IL | 62794 |
| International Bank Of Chicago | Attn: Tom Gehrke | 5069 N Broadway | | Chicago | IL | 60640 |
| IUOE Local 399 Health and Welfare Trust | | 2260 S Grove St | | Chicago | IL | 60616 |
| Jara, Jason | | Address on File | | | | |
| Jochheim, William R. | | Address on File | | | | |
| Jonas Chorum | | PO Box 37984 | | Phoenix | AZ | 85069 |
| Katten Muchin Rosenman LLP | Attn: Minyao Wang | 525 West Monroe Ave | | Chicago | IL | 60661 |
| Kellil, Malik | | Address on File | | | | |
| Key Bank | | 127 Public Square | | Cleveland | OH | 44114 |
| Kish, Nicholas M. | | Address on File | | | | |
| Kitchen, Michael | | Address on File | | | | |
| Lahbiri, El Mostafa | | Address on File | | | | |
| Lemus, Maria | | Address on File | | | | |
| Local 399 Fed Pac | | 2260 S Grove St | | Chicago | IL | 60616 |
| Local 399 Health & Welfare Trust | | 2260 S Grove St | | Chicago | IL | 60616 |
| Loonam, Dominic | | Address on File | | | | |

In re: BY Hotel SPE-3 LLC, et al.
Case No.



# Creditor Mailing Matrix

as of 3/8/2026

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Luna, Brandon M. | | Address on File | | | | |
| Luvinia Hopkins | Best Western Grant Park Hotel | 1100 S Michigan Ave | | Chicago | IL | 60605 |
| Manzo, Grace | | Address on File | | | | |
| Martin, Elijah | | Address on File | | | | |
| Medina Lopez, Brenda | | Address on File | | | | |
| Mellah, Jamila | | Address on File | | | | |
| Milestone Internet Marketing, Inc. | | 2010 El Camino Real | Suite 926 | Santa Clara | CA | 95050 |
| Milestone Internet Marketing, Inc. | | 2010 El Camino RealSuite 926 | | Santa Clara | CA | 95050 |
| Mood Media | | PO Box 602777 | | Charlotte | NC | 28260-2777 |
| Myers, Christopher M. | | Address on File | | | | |
| North American Corp of Illinois | | PO Box 7410586 | | Chicago | IL | 60674-0586 |
| O'Donnell, Jeffrey J. | | Address on File | | | | |
| Operating Engineers Local No. 399 | | 2260 S Grove St | | Chicago | IL | 60616 |
| Operating Engineers, Local No. 399 FED PAC | | 2260 S Grove St | | Chicago | IL | 60616 |
| Ortiz, Guadalupe | | Address on File | | | | |
| Oviedo Segura, Ma Dolores | | Address on File | | | | |
| Paredes, Rossibel | | Address on File | | | | |
| Parra, Karen a. | | Address on File | | | | |
| Parra, Maria Isabel | | Address on File | | | | |
| Peoples Gas | | PO Box 6050 | | Carol Stream | IL | 60197-6050 |
| Perez Moreno, Maria | | Address on File | | | | |
| Perez, Edgar | | Address on File | | | | |
| Premistar | | 18 Congress Circle West | | Roselle | IL | 60172 |
| PremiStar-North | | PO Box- 8280 | | Carol Stream | IL | 60197-8280 |
| QYPSYS C/O IES Communications LLC | | 2801 S Fair Lane | | Tempe | AZ | 85282 |
| Ramirez, Consuelo | | Address on File | | | | |
| Ramos, Brigida | | Address on File | | | | |
| Ramos, Pedro | | Address on File | | | | |
| Razo, Jose | | Address on File | | | | |
| RCN | | PO BOX 11816 | | Newark | NJ | 07101-8116 |
| RCN | | PO Box 830714 | | Philadelphia | PA | 19182-0714 |
| Rebollar, Liliana | | Address on File | | | | |
| Redwood Systems, Inc. | | 18635 West Creek Dr | | Tinley Park | IL | 60477 |
| Relay, Inc. | | PO Box 8142 | | Carol Stream | IL | 60197-8142 |
| Republic Services #710 | For Allied Waste Transportation | PO Box 713502 | | Chicago | IL | 60677-0052 |
| Richards, Marshawn A. | | Address on File | | | | |
| Rivera Acevedo, Phillis | | Address on File | | | | |
| ROAR for Good LLC | | 9450 SW Gemini Dr PMB 36973 | | Beaverton | OR | 97008-7105 |

In re: BY Hotel SPE-3 LLC, et al.

Case No.

 STRETTO

# Creditor Mailing Matrix
## as of 3/8/2026

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Rodriguez, Rosalba | | Address on File | | | | |
| Romero, Adriana | | Address on File | | | | |
| Rose Pest Solutions | | 1809 W North Ave | | Chicago | IL | 60622 |
| Royal Cup, Inc. | | PO Box 841000 | | Dallas | TX | 75284-1000 |
| RR Donnelley | | 7810 Solution Center | | Chicago | IL | 60677-7008 |
| Ruiz, Olga | | Address on File | | | | |
| Saavedra, Patricia | | Address on File | | | | |
| Salgado, Santiago | | Address on File | | | | |
| Sandoval, Yolanda | | Address on File | | | | |
| SB Yen Management Group Inc | Attn: Jose Ulloa | 806 N York Rd | | Hinsdale | IL | 60521 |
| SBY Dekalb Inn LTD | Attn: Jose Ulloa | 806 N York Rd | | Hinsdale | IL | 60521 |
| SBY Downers Grove LLC | Attn: Jose Ulloa | 806 N York Rd | | Hinsdale | IL | 60521 |
| SBY RG Group, LLC | Attn: Jose Ulloa | 806 N York Rd | | Hinsdale | IL | 60521 |
| SBY RG2-1101 LLC | Attn: Jose Ulloa | 806 N York Rd | | Hinsdale | IL | 60521 |
| SBY Wabash LLC | Attn: Jose Ulloa | 806 N York Rd | | Hinsdale | IL | 60521 |
| Schindler Elevator Corporation | | PO Box 93050 | | Chicago | IL | 60673-3050 |
| Siddiqui, Urosa | | Address on File | | | | |
| Sims, Desmond | | Address on File | | | | |
| Small Business Administration | | 14925 Kingsport Rd | | Fort Worth | TX | 76155 |
| Smith, Joseph | | Address on File | | | | |
| Solano Profeta, Henry | | Address on File | | | | |
| Soria Vieyra, Maria | | Address on File | | | | |
| Sound Incorporated | | 1550 Shore Rd | | Naperville | IL | 60563 |
| SportsTrip LLC | | PO Box 22991 | | Lincoln | NE | 68542 |
| Su Mei Yen | | Address on File | | | | |
| Suburban Elevator Company | | PO Box 93050 | | Chicago | IL | 60673-3050 |
| Sysco Chicago, Inc. | | PO Box 5037 | | Des Plaines | IL | 60017-5037 |
| Teginakwa, Yvette | | Address on File | | | | |
| Terrazas, Alejandro | | Address on File | | | | |
| The Law Office of Richard K. Hellerman, P.C. | Attn: Richard K. Hellerman | 200 N LaSalle St, Suite 2150 | #300 | Chicago | IL | 60601 |
| Total Fire & Safety Inc. | | PO Box 1939 | | Lowell | AR | 72745 |
| Travelers Insurance | Attn: LeAnn McDonald | PO Box 2961 | | Hartford | CT | 06104-2961 |
| Tri-County Plumbing & Backflow, LLC | | PO Box 156 | | Hinckley | IL | 60520 |
| Ulloa, Jose | | Address on File | | | | |
| United Radio Communications | | 9200 S Oketo Ave | | Bridgeview | IL | 60455 |
| US Hospitality Publishers, Inc. dba Uniguest | | PO Box 7410716 | | Chicago | IL | 60674-0716 |
| Vargas Marquez, Francisco | | Address on File | | | | |
| Vasquez, Mayra | | Address on File | | | | |

In re: BY Hotel SPE-3 LLC, et al.
Case No.

 STRETTO

# Creditor Mailing Matrix
as of 3/8/2026

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Vazquez, Gloria | | Address on File | | | | |
| Velez, Maria | | Address on File | | | | |
| Villanueva, Maria G. | | Address on File | | | | |
| Villasenor, Oscar | | Address on File | | | | |
| Villegas, Maria E. | | Address on File | | | | |
| Vistar | | 115 E Crossroads Pkwy | Suite B | Bolingbrook | IL | 60440 |
| Vu, Ky M. | | Address on File | | | | |
| Wabash 1130 LLC | Attn: Jose Ulloa | 806 N York Rd | | Hinsdale | IL | 60521 |
| Western Hotel Supply/ Tidmore Flags | | 701 Enterprise St | | N Aberdeen | SD | 57401 |
| Whitehall Hotel LLC | Attn: Jose Ulloa | 806 N York Rd | | Hinsdale | IL | 60521 |
| Wimes, Riley | | Address on File | | | | |
| Windy City Laundry | | 2643 W 19th St | | Chicago | IL | 60608 |
| Younes Chaouch, Said | | Address on File | | | | |

In re: BY Hotel SPE-3 LLC, et al.
Case No.

Page 6 of 6