**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br>BY HOTEL SPE-3 LLC, *et al.*,[1]<br>**Debtors.** | Chapter 11<br><br>Case No. 26-10324 (JKS)<br>(Jointly Administered)<br><br>**Hearing Date: June 16, 2026 at 11:00 a.m. (ET)**<br>**Ojection Deadline: May 27, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF DEBTORS FOR**
**ENTRY OF AN ORDER PURSUANT TO FED. R. BANKR. P. 9019**
**APPROVING FORBEARANCE AND SETTLEMENT AGREEMENT**
**WITH APF-CPX I, LLC, ACCESS POINT FINANCIAL, LLC, AND HDDA, LLC**

**PLEASE TAKE NOTICE** that on May 13, 2026, the above-captioned debtors and debtors in possession (the "Debtors") filed the attached *Motion of Debtors for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Forbearance and Settlement Agreement with APF-CPX I, LLC, Access Point Financial, LLC, and HDDA, LLC* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware,

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective identification numbers are By Hotel SPE-3 LLC (3619); 1101 Wabash Development Mezz, LLC (9294); Wabash 11th Mezz LLC (4278); Pacific Tai Mezz LLC (3717); 1101 Wabash Development SPE LLC (9201); Wabash 11th LLC (3098); 1101 Wabash Development LLC (3365); Pacific Tai, LLC (9675); and SB Yen's Management Group, Inc. (1132). The location of the Debtors' corporate headquarters and the Debtors' service address is 806 N York Rd., Hinsdale, IL 60521.

824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received **on or before 4:00 p.m. (prevailing Eastern Time) on May 27, 2026**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors, Lewis Brisbois Bisgaard & Smith LLP, 500 Delaware Avenue, Suite 700, Wilmington, Delaware 19801 (Attn: Rafael X. Zahralddin-Aravena, Esq. (Rafael.Zahralddin@lewisbrisbois.com) and Minyao Wang, Esq. (Minyao.Wang@lewisbrisbois.com)); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801; (iii) counsel to any official committee appointed in these chapter 11 cases; (iv) counsel to the senior secured lender, DUANE MORRIS LLP, Attn: Larry J. Kotler and Sommer L. Ross, 1201 North Market St, Suite 501, Wilmington, DE 19801; (v) counsel to APF-CPX I, LLC, Access Point Financial, LLC and HDDA, LLC, BARNES & THORNBURG, LLP, Attn: Mark R. Owens, Amy E. Tryon, 222 Delaware Ave., Suite 1200, Wilmington, DE 19801 and BARNES & THORNBURG, LLP, Attn: Frank W. DeBorde and Talia B. Wagner, 3340 Peachtree Road N.E., Suite 2900, Atlanta, Georgia 30326; and (v) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** THAT IF AN OBJECTION IS PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD ON **JUNE 16, 2026 AT 11:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801. ONLY OBJECTIONS MADE IN

176473324.1

WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 13, 2026
     Wilmington, DE

LEWIS BRISBOIS
BISGAARD & SMITH LLP

*/s/ Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (No. 4166)
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
302.985.6000
Rafael.Zahralddin@lewisbrisbois.com

-and-

Minyao Wang (admitted *pro hac vice*)
Lewis Brisbois Bisgaard & Smith, LLP
7 World Trade Center
250 Greenwich St., 11th Floor
New York, NY 10007
212.232.1300
Minyao.Wang@lewisbrisbois.com

*Proposed Attorneys for the Debtors and the Debtors in Possession*

176473324.1