**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BY HOTEL SPE-3 LLC,[1] | ) | Case No. 26-10324 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) | **Re: Docket Nos. 6, 60, 79, 196, & 210** |
|  | ) |  |

**BRIDGE ORDER (A) AUTHORIZING POSTPETITION USE OF
CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION,
(C) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY
RULE 4001(B), AND (D) GRANTING RELATED RELIEF**

On May 26, 2026, the Court signed the *Fourth Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief* [Docket No. 210] (the "**Interim Order**").[2]

The Final Hearing having been adjourned by agreement of the Debtors and the Secured Lender; and the Secured Lender having agreed to extend the period through which the Debtors are authorized to use Cash Collateral, as set forth herein; and based on the record before the Court and good cause appearing therefor,

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective identification numbers are By Hotel SPE-3 LLC (3619); 1101 Wabash Development Mezz, LLC (9294); Wabash 11th Mezz LLC (4278); Pacific Tai Mezz LLC (3717); 1101 Wabash Development SPE LLC (9201); Wabash 11th LLC (3098); 1101 Wabash Development LLC (3365); Pacific Tai, LLC (9675); and SB Yen's Management Group, Inc. (1132). The location of the Debtors' corporate headquarters and the Debtors' service address is 806 N York Rd., Hinsdale, IL 60521.

[2]   Capitalized terms used but not otherwise defined in this order (the "**Bridge Order**") shall have the meaning ascribed to them in the Interim Order.

RLF1 36213555v.3

**IT IS HEREBY ORDERED THAT:**

1.      Any reference to July 28, 2026 in the Interim Order is hereby modified to August 12, 2026.

2.      Any reference to the Budget in the Interim Order shall mean the Budget attached hereto as **Exhibit A**.

3.      Paragraph 14 of the Interim Order is hereby modified by replacing the contact information for Debtors' proposed counsel as follows:

> **RICHARDS, LAYTON & FINGER, P.A.**
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801
> Attention:  Russell C. Silberglied (No. 3462)
>                     Amanda R. Steele (No. 5530)
>                     Brendan J. Schlauch (No. 6115)
> Email:       silberglied@rlf.com
>                     steele@rlf.com
>                     schlauch@rlf.com
>
> *Proposed Counsel for the Debtors*

4.      The Final Hearing is rescheduled to **August 12, 2026 at 2:00 p.m. (ET)**.

5.      The deadline to object to entry of the Final Order or a continued interim order authorizing the use of Cash Collateral set forth in paragraph 21 of the Interim Order is hereby modified, solely for Secured Lender, to no later than **4:00 p.m. (ET) on August 5, 2026**.

6.      Nothing contained in this Bridge Order shall be deemed a finding with respect to the sufficiency of the adequate protection (as that term is defined in section 361 of the Bankruptcy Code) of the interests of Secured Lender or prejudice the right of secured Lender to request adequate protection in addition to that provided under the terms of this Bridge Order.  Nothing contained in this Bridge Order shall waive, impair or otherwise alter Secured Lender's rights and defenses, including those set forth in the Interim Order, all of which are expressly reserved and preserved.

RLF1 36213555v.3

7.       To the extent not expressly modified by the terms of this Bridge Order, all other provisions of the Interim Order shall remain in full force and effect.

**Dated: July 28th, 2026**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

3

RLF1 36213555v.3