## EXHIBIT A

Budget

RLF1 36213555v.3

**BY Hotel SPE-3 LLC**
**3 -Week Cash Collateral Budget**
**For Weeks Ended 08/01/2026 to 08/15/2026**

| Week Ending | 8/1/2026 | 8/8/2026 | 8/15/2026 | 3 Week Total |
|---|---|---|---|---|
| Case Week Num | 21 | 22 | 23 | 8/1/2026 |
| Forecast Week | 3 | 4 | 5 | 8/15/2026 |
| *Actual or Forecast* | *Forecast* | *Forecast* | *Forecast* | |
| **Sales** | | | | |
| Room Revenue | 842,755 | 852,419 | 852,419 | 2,547,593 |
| Telephone Revenue | 14 | 14 | 14 | 42 |
| Other Revenue Including Parking | 41,489 | 44,765 | 44,765 | 131,019 |
| **Total Sales** | **884,258** | **897,198** | **897,198** | **2,678,654** |
| **Receipts** | | | | |
| Credit Card and Cash Deposits | 1,033,639 | 1,047,790 | 1,047,790 | 3,129,219 |
| Restaurant Lease Income | 93,594 | - | - | 93,594 |
| **Total Receipts** | **1,127,233** | **1,047,790** | **1,047,790** | **3,222,813** |
| **Operating Disbursements** | | | | |
| Payroll | - | (305,931) | - | (305,931) |
| Credit Card Fees | (155,753) | - | - | (155,753) |
| Vendors | (130,000) | (130,000) | (130,000) | (390,000) |
| Occupancy Tax | - | - | (204,875) | (204,875) |
| Sales Tax | (455,484) | - | - | (455,484) |
| Management Expense Reimbursements | - | - | - | - |
| Management Fee | - | - | - | - |
| Franchise Fee | - | - | - | - |
| Utilities | (45,568) | (3,741) | (23,219) | (72,527) |
| Insurance | - | - | - | - |
| Maintenance Capex | (30,000) | - | - | (30,000) |
| Contingency | (20,000) | (20,000) | (20,000) | (60,000) |
| **Total Operating Disbursements** | **(836,805)** | **(459,672)** | **(378,094)** | **(1,674,570)** |
| **Net Operating Cash Flow** | **290,428** | **588,118** | **669,696** | **1,548,243** |
| **Non-Operating Disbursements** | | | | |
| Adequate Assurance | - | - | - | - |
| LOC Payments | - | - | - | - |
| Utility Deposit | - | - | - | - |
| Professional Fees | - | - | - | - |
| Restructuring Fees | (178,267) | (198,860) | (100,000) | (477,126) |
| US Trustee Fees | - | - | - | - |
| Other One-Time Expense | - | - | - | - |
| **Total Non-Operating Disbursements** | **(178,267)** | **(198,860)** | **(100,000)** | **(477,126)** |
| **Total Disbursements** | **(1,015,072)** | **(658,531)** | **(478,094)** | **(2,151,697)** |
| **Net Cash Flow** | **112,161** | **389,259** | **569,696** | **1,071,116** |
| *Cumulative Net Cash Flow* | *2,232,937* | *2,622,195* | *3,191,891* | |
| Beginning Cash | 3,274,151 | 3,564,579 | 4,152,697 | 3,274,151 |
| Restricted Cash | 178,267 | 198,860 | - | 377,126 |
| Internal Transfers Between Debtor Entities | - | - | - | - |
| Net Cash Flow | 112,161 | 389,259 | 569,696 | 1,071,116 |
| **Ending Cash** | **3,564,579** | **4,152,697** | **4,722,393** | **4,722,393** |
| *Restricted Cash* | *973,706* | *1,172,565* | *1,172,565* | *1,172,565* |
| **Net Cash** | **2,590,873** | **2,980,132** | **3,549,828** | **3,549,828** |
| *Accrued Professional Fees from Prior Periods in Excess of Restricted Cash* | *829,270* | *718,910* | *807,410* | *807,410* |