**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BY HOTEL SPE-3 LLC,[1] | ) Case No. 26-10324 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) **Re: Docket No. 186** |
| | ) |

**NOTICE REGARDING REVISED ORDER PURSUANT TO
FED. R. BANKR. P. 9019 APPROVING AMENDED FORBEARANCE
AND SETTLEMENT AGREEMENT WITH APF-CPX I, LLC,
ACCESS POINT FINANCIAL, LLC, AND HDDA, LLC**

**PLEASE TAKE NOTICE** that, on May 13, 2026, By Hotel SPE-3, LLC, and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases filed the *Motion of Debtors for Entry of Order Pursuant to Fed. R. Bankr. P. 9019 Approving Forbearance and Settlement Agreement with APF-CPX I, LLC, Access Point Financial, LLC, and HDDA, LLC* [Docket No. 186] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached thereto as <u>Exhibit A</u> was a proposed form of order granting the relief requested in the Motion (the "**Proposed Order**") and as <u>Exhibit B</u>, a copy of the Forbearance and Settlement Agreement, dated as of May 8, 2026 (the "**Settlement Agreement**").

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective identification numbers are By Hotel SPE-3 LLC (3619); 1101 Wabash Development Mezz, LLC (9294); Wabash 11th Mezz LLC (4278); Pacific Tai Mezz LLC (3717); 1101 Wabash Development SPE LLC (9201); Wabash 11th LLC (3098); 1101 Wabash Development LLC (3365); Pacific Tai, LLC (9675); and SB Yen's Management Group, Inc. (1132). The location of the Debtors' corporate headquarters and the Debtors' service address is 806 N York Rd., Hinsdale, IL 60521.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby file a revised version of the Proposed Order (the "**Revised Order**") and an Amended Forbearance and Settlement Agreement (the "**Amended Settlement Agreement**"), and such Revised Order and Amended Settlement Agreement are attached hereto as **Exhibit 1**.  For the convenience of the Court and all interested parties, attached hereto as **Exhibit 2** is a blackline comparing the Revised Order and Amended Settlement Agreement against the Proposed Order and Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors intend to present the Revised Order and Amended Settlement Agreement at the hearing currently scheduled for **August 12, 2026 at 2:00 p.m. (prevailing Eastern Time)** (the "**Hearing**") before The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

[*Remainder of page intentionally left blank*]

Dated: July 30, 2026
      Wilmington, Delaware

*/s/  Clint M. Carlisle*

Russell C. Silberglied (No. 3462)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Clint M. Carlisle (No. 7313)
Kristin N. Cunningham (No. 7561)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:     silberglied@rlf.com
         steele@rlf.com
         schlauch@rlf.com
         carlisle@rlf.com
         cunningham@rlf.com

*Counsel for the Debtors and*
*the Debtors in Possession*

RLF1 36299670v.1