**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BY HOTEL SPE-3 LLC,[1] | ) Case No. 26-10324 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) **Re: Docket Nos. 186 & 284** |
| | ) |

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER
PURSUANT TO FED. R. BANKR. P. 9019 APPROVING AMENDED
FORBEARANCE AND SETTLEMENT AGREEMENT WITH
APF-CPX I, LLC, ACCESS POINT FINANCIAL, LLC, AND HDDA, LLC**

The undersigned hereby certifies as follows:

1.     On May 13, 2026, By Hotel SPE-3, LLC, and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases filed the *Motion of Debtors for Entry of Order Pursuant to Fed. R. Bankr. P. 9019 Approving Forbearance and Settlement Agreement with APF-CPX I, LLC, Access Point Financial, LLC, and HDDA, LLC* [Docket No. 186] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").  Attached thereto as <u>Exhibit A</u> was a proposed form of order granting the relief requested in the Motion (the "**Proposed Order**") and a copy of the Forbearance and Settlement Agreement, dated as of May 8, 2026 (the "**Settlement Agreement**"), attached thereto as <u>Exhibit B</u>.

---

[1]     The Debtors in these chapter 11 cases and the last four digits of their respective identification numbers are By Hotel SPE-3 LLC (3619); 1101 Wabash Development Mezz, LLC (9294); Wabash 11th Mezz LLC (4278); Pacific Tai Mezz LLC (3717); 1101 Wabash Development SPE LLC (9201); Wabash 11th LLC (3098); 1101 Wabash Development LLC (3365); Pacific Tai, LLC (9675); and SB Yen's Management Group, Inc. (1132). The location of the Debtors' corporate headquarters and the Debtors' service address is 806 N York Rd., Hinsdale, IL 60521.

2.      Pursuant to the *Notice of Motion of Debtors for Entry of Order Pursuant to Fed. R. Bankr. P. 9019 Approving Forbearance and Settlement Agreement with APF-CPX I, LLC, Access Point Financial, LLC, and HDDA, LLC* filed with the Motion, objections or responses to the relief requested in the Motion, if any, were to be made in writing and filed with the Court on or before May 27, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.      Prior to the Objection Deadline, ACORE Capital Mortgage, LP, in its capacity as Administrative Agent of Delphi CRE Funding LLC (the "**Secured Lender**") filed an objection [Docket No. 211] (the "**Objection**") to the Motion. In addition to the Objection, the Debtors received certain informal comments (the "**Comments**") to the Proposed Order, the Settlement Agreement and the relief requested in the Motion from counsel to APF-CPX I, LLC, Access Point Financial, LLC, and HDDA, LLC (collectively, the "**Lender Parties**"). Other than the Objection and the Comments, the Debtors received no other informal responses to the Motion, and no additional objections or responsive pleadings to the Motion has appeared on the Court's docket in these chapter 11 cases.

4.      Since the filing of the Motion, the Debtors and Lender Parties have engaged in discussions regarding the Proposed Order and Settlement Agreement. As a result of such discussions, the Debtors and Lender Parties revised the Proposed Order (the "**Revised Order**") and amended the Settlement Agreement (the "**Amended Settlement Agreement**"). A copy of the Revised Order and Amended Settlement Agreement was attached as **Exhibit 1**[2] to the *Notice Regarding Revised Order Pursuant to Fed. R. Bankr. P. 9019 Approving Amended Forbearance and Settlement Agreement with APF-CPX I, LLC, Access Point Financial, LLC, and HDDA, LLC* [Docket No. 284] (the "**Notice Regarding Revised Order**").

---

[2]    A copy of the Amended Settlement Agreement was attached as **Exhibit A** to the Revised Order.

5.　　After filing the Notice Regarding Revised Order, the Secured Lender confirmed that the Revised Order and Amended Settlement Agreement resolved its Objection. The Office of the United States Trustee for the District of Delaware also has confirmed that it does not object to the entry of the Revised Order or the form of Amended Settlement Agreement.

6.　　For the convenience of the Court and all parties in interest, the Revised Order attached to the Notice Regarding Revised Order is attached hereto as **Exhibit 1** (including the Amended Settlement Agreement) and the blackline comparison of the Revised Order (including the Amended Settlement Agreement) marked against the Proposed Order attached to the Notice Regarding Revised Order is attached hereto as **Exhibit 2**.

WHEREFORE the Debtors respectfully request that the Revised Order be entered at the earliest convenience of the Court.

*[Remainder of page intentionally left blank]*

RLF1 36294457v.2

Dated: August 11, 2026
     Wilmington, Delaware

*/s/ Kristin N. Cunningham*

Russell C. Silberglied (No. 3462)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Clint M. Carlisle (No. 7313)
Kristin N. Cunningham (No. 7561)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:    silberglied@rlf.com
       steele@rlf.com
       schlauch@rlf.com
       carlisle@rlf.com
       cunningham@rlf.com

*Counsel for the Debtors*
*and the Debtors in Possession*

RLF1 36294457v.2