**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BY HOTEL SPE-3 LLC,[1] | ) | Case No. 26-10324 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket Nos. 120 & 297** |
|  | ) |  |
|  | ) |  |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, on April 14, 2026, By Hotel SPE-3, LLC, and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of an Order Extending the Automatic Stay to Non-Debtor Guarantors Su-Mei Yen and Hui-Hsien Yen Pursuant to 11 U.S.C. §§ 105(a) and 362 and Granting Related Relief* [Docket No. 120] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on August 11, 2026, the Court entered the *Order Pursuant to Fed. R. Bankr. P. 9019 Approving Forbearance and Settlement Agreement with APF-CPX I, LLC, Access Point Financial, LLC, and HDDA, LLC* [Docket No. 297] with respect to the Motion and that, among other things, approved the Amended Forbearance and Settlement Agreement (the "**Amended Settlement Agreement**").

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective identification numbers are By Hotel SPE-3 LLC (3619); 1101 Wabash Development Mezz, LLC (9294); Wabash 11th Mezz LLC (4278); Pacific Tai Mezz LLC (3717); 1101 Wabash Development SPE LLC (9201); Wabash 11th LLC (3098); 1101 Wabash Development LLC (3365); Pacific Tai, LLC (9675); and SB Yen's Management Group, Inc. (1132). The location of the Debtors' corporate headquarters and the Debtors' service address is 806 N York Rd., Hinsdale, IL 60521.

2

**PLEASE TAKE FURTHER NOTICE** that consistent with section 6(b) of the Amended

Settlement Agreement, the Debtors hereby withdraw the Motion with prejudice.

Dated: August 11, 2026
Wilmington, Delaware

*/s/ Kristin N. Cunningham*
Russell C. Silberglied (No. 3462)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Clint M. Carlisle (No. 7313)
Kristin N. Cunningham (No. 7561)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         silberglied@rlf.com
               steele@rlf.com
               schlauch@rlf.com
               carlisle@rlf.com
               cunningham@rlf.com

*Counsel for the Debtors and
the Debtors in Possession*

RLF1 36352715v.1