**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BY HOTEL SPE-3 LLC,[1] | ) | Case No. 26-10324 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 12, 2026 AT 2:00 P.M. (ET), BEFORE THE**
**HONORABLE J. KATE STICKLES, AT THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM 6**

> *AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING*
> *HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

## I.     ADJOURNED MATTERS:

1.     Emergency Motion for Entry of Interim and Final Orders Under Bankruptcy Code Section 364(c)(3) Authorizing the Debtors to Obtain Junior Secured Postpetition Financing and Request for Interim and Final Hearings [Docket No. 7; filed March 8, 2026]

Response/Objection Deadline:          N/A

Responses/Objections Received:

    A.     Secured Lender's Limited Objection to (A) Debtors' Emergency Motion for Authority to Use Cash Collateral, and Objection to (B) Debtors' Emergency

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their respective identification numbers are By Hotel SPE-3 LLC (3619); 1101 Wabash Development Mezz, LLC (9294); Wabash 11th Mezz LLC (4278); Pacific Tai Mezz LLC (3717); 1101 Wabash Development SPE LLC (9201); Wabash 11th LLC (3098); 1101 Wabash Development LLC (3365); Pacific Tai, LLC (9675); and SB Yen's Management Group, Inc. (1132). The location of the Debtors' corporate headquarters and the Debtors' service address is 806 N York Rd., Hinsdale, IL 60521.

[2]    **Amended agenda items appear in bold.**

Motion to Obtain Junior Secured Postpetition Financing [Docket No. 34; filed March 12, 2026]

Related Documents:

i.      Declaration of Su-Mei Yen in Support of Debtors' First Day, Cash Collateral, and Debtor in Possession Financing Motions [Docket No. 4; filed March 8, 2026]

ii.     Declaration of Ted Mandigo in Support of Debtors' Cash Collateral and Debtor in Possession Financing Motions [Docket No. 8; filed March 8, 2026]

iii.    Interim Order (A) Authorizing the Debtors to Obtain Junior Secured Postpetition Financing, (B) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c), and (C) Granting Related Relief [Docket No. 17; filed March 10, 2026]

iv.     Amended Declaration of Su-Mei Yen in Support of Debtors' First Day, Cash Collateral, and Debtor in Possession Financing Motions [Docket No. 20; filed March 10, 2026]

Status: The hearing on this matter has been adjourned to a date to be determined.

## II.    RESOLVED MATTERS:

2.      Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing the Retention and Employment of Lewis Brisbois Bisgaard & Smith LLP as Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 166; filed April 30, 2026]

Response/Objection Deadline:        May 14, 2026 at 4:00 p.m. (ET)

Responses/Objections Received:

A.      Secured Lender's Response to and Reservation of Rights Regarding Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing the Retention and Employment of Lewis Brisbois Bisgaard & Smith LLP as Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 187; filed May 14, 2026]

2

Related Documents:

i.  Debtors' Motion for Entry of an Order Extending the Deadline to File Replies in Support of (I) the Application to Retain Lewis Brisbois Bisgaard & Smith LLP and (II) the Application to Retain Getzler Henrich & Associates LLC [Docket No. 192; filed May 18, 2026]

ii.  Order Denying Debtors' Motion for Entry of an Order Extending the Deadline to File Replies in Support of (I) the Application to Retain Lewis Brisbois Bisgaard & Smith LLP and (II) the Application to Retain Getzler Henrich & Associates LLC [Docket No. 197; entered May 19, 2026]

iii.  Supplemental Declaration of Minyao Wang in Support of the Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing the Retention and Employment of Lewis Brisbois Bisgaard & Smith LLP as Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 221; filed June 5, 2026]

iv.  Certification of Counsel Regarding Order Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing the Retention and Employment of Lewis Brisbois Bisgaard & Smith LLP as Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date through June 15, 2026 [Docket No. 291; filed August 6, 2026]

v.  Order Approving the Retention and Employment of Lewis Brisbois Bisgaard & Smith LLP as Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date through June 26, 2026 [Docket No. 292; entered August 7, 2026]

Status: On August 7, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3.  Motion of the Debtors for Entry of an Order (I) Extending Exclusive Plan Filing and Solicitation Periods and (II) Granting Related Relief [Docket No. 253; filed July 6, 2026]

Response/Objection Deadline:        July 20, 2026 at 4:00 p.m. (ET)

Responses/Objections Received:      None

Related Documents:

i.  Certification of No Objection Regarding Motion of the Debtors for Entry of an Order (I) Extending Exclusive Plan Filing and Solicitation Periods and (II) Granting Related Relief [Docket No. 267; filed July 21, 2026]

3

ii.    Order (I) Extending Exclusive Plan Filing and Solicitation Periods and (II) Granting Related Relief [Docket No. 270; entered July 21, 2026]

Status: On July 21, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4.    Debtors' Motion for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 254; filed July 6, 2026]

Response/Objection Deadline:        July 20, 2026 at 4:00 p.m. (ET)

Responses/Objections Received:    None

Related Documents:

i.    Certification of No Objection Regarding Debtors' Motion for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 268; filed July 21, 2026]

ii.    Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 269; entered July 21, 2026]

Status: On July 21, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

5.    Debtors' Application to Retain and Employ Richards, Layton & Finger, P.A. as Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 Effective as of June 15, 2026 [Docket No. 260; filed July 10, 2026]

Response/Objection Deadline:        July 24, 2026 at 4:00 p.m. (ET)

Responses/Objections Received:    None

Related Documents:

i.    Supplemental Declaration of Russell C. Silberglied in Further Support of Application of Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, Effective as of June 15, 2026 [Docket No. 265; filed July 17, 2026]

ii.    Certification of No Objection Regarding Debtors' Application to Retain and Employ Richards, Layton & Finger, P.A. as Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and

4

Local Rule 2014-1 Effective as of June 15, 2026 [Docket No. 274; filed July 27, 2026]

iii.    Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, Effective as of June 15, 2026 [Docket No. 280; entered July 30, 2026]

Status: On July 30, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

6.    Debtors' Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 261; filed July 10, 2026]

Response/Objection Deadline:          July 24, 2026 at 4:00 p.m. (ET)

Responses/Objections Received:      None

Related Documents:

i.    Certification of No Objection Regarding Debtors' Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 275; filed July 27, 2026]

ii.    Order Authorizing Retention and Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 281; entered July 30, 2026]

Status: On July 30, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

7.    Motion of Debtors for Entry of Order Authorizing the Debtors to (I) Retain and Employ VRS Restructuring Services, LLC to Provide Restructuring Services to the Debtors and (II) Designate Jeffrey T. Varsalone as the Chief Restructuring Officer to the Debtors [Docket No. 262; filed July 10, 2026]

Response/Objection Deadline:          July 24, 2026 at 4:00 p.m. (ET)

Responses/Objections Received:      None

Related Documents:

i.    Certification of Counsel Regarding Order Authorizing the Debtors to (I) Retain and Employ VRS Restructuring Services, LLC to Provide Restructuring Services to the Debtors and (II) Designate Jeffrey T.

5

RLF1 36370834v.1

Varsalone as the Chief Restructuring Officer to the Debtors [Docket No. 276; filed July 27, 2026]

ii.    Order Authorizing the Debtors to (I) Retain and Employ VRS Restructuring Services, LLC to Provide Restructuring Services to the Debtors and (II) Designate Jeffrey T. Varsalone as the Chief Restructuring Officer to the Debtors [Docket No. 282; entered July 30, 2026]

Status: On July 30, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

8.    Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 266; filed July 20, 2026]

Response/Objection Deadline:    August 3, 2026 at 4:00 p.m. (ET)

Responses/Objections Received:    None

Related Documents:

i.    Certification of Counsel Regarding Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 289; filed August 4, 2026]

ii.    Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 290; entered August 4, 2026]

Status: On August 4, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## III.    MATTERS GOING FORWARD:

9.    Emergency Motion for Authority to Use Cash Collateral Pursuant to Sections 105, 361, 362, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) and Request for Interim and Final Hearings [Docket No. 6; filed March 8, 2026]

Response/Objection Deadline:    August 5, 2026 at 4:00 p.m. (ET); extended to August 10, 2026 at 12:30 p.m. (ET) for the Secured Lender's

Responses/Objections Received:

A.    Secured Lender's Limited Objection to (A) Debtors' Emergency Motion for Authority to Use Cash Collateral, and Objection to (B) Debtors' Emergency

RLF1 36370834v.1

Motion to Obtain Junior Secured Postpetition Financing [Docket No. 34; filed March 12, 2026]

Related Documents:

i.  Declaration of Su-Mei Yen in Support of Debtors' First Day, Cash Collateral, and Debtor in Possession Financing Motions [Docket No. 4; filed March 8, 2026]

ii.  Declaration of Ted Mandigo in Support of Debtors' Cash Collateral and Debtor in Possession Financing Motions [Docket No. 8; filed March 8, 2026]

iii.  Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [Docket No. 15; entered March 10, 2026]

iv.  Amended Declaration of Su-Mei Yen in Support of Debtors' First Day, Cash Collateral, and Debtor in Possession Financing Motions [Docket No. 20; filed March 10, 2026]

v.  Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [Docket No. 27; entered March 12, 2026]

vi.  Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [Docket No. 60; entered March 20, 2026]

vii.  Second Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [Docket No. 77; entered April 2, 2026]

viii.  Amended Second Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [Docket No. 79; entered April 2, 2026]

ix.  Third Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [Docket No. 196; entered May 19, 2026]

RLF1 36370834v.1

x.    Fourth Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [Docket No. 210; entered May 26, 2026]

xi.    Bridge Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [Docket No. 278; entered July 28, 2026]

xii.    **Certification of Counsel Regarding Fifth Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [Docket No. 299; filed August 11, 2026]**

xiii.    **Fifth Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [Docket No. 300; entered August 11, 2026]**

Status: **On August 11, 2026, the Court entered a further interim order regarding this matter. The final hearing has been scheduled for September 24, 2026 at 2:00 p.m. (ET). Accordingly, a hearing on this matter is no longer necessary.**

10.    Motion of Debtors for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Forbearance and Settlement Agreement with APF-CPX I, LC, Access Point Financial, LLC, and HDDA, LLC [Docket No. 186; filed May 13, 2026]

Response/Objection Deadline:    May 27, 2026 at 4:00 p.m. (ET)

Responses/Objections Received:

A.    Secured Lender's Objection to Motion of Debtors for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Forbearance and Settlement Agreement with APF-CPX I, LLC, Access Point Financial, LLC, and HDDA, LLC [Docket No. 211; filed May 27, 2026]

Related Documents:

i.    Notice Regarding Revised Order Pursuant to Fed. P. Bankr. P. 9019 Approving Amended Forbearance and Settlement Agreement with APF-CPX I, LLC, Access Point Financial, LLC and HDDA, LLC [Docket No. 284; filed July 30, 2026] ("Notice Regarding Revised Order")

ii.    **Certification of Counsel Regarding Revised Order Pursuant to Fed. P. Bankr. P. 9019 Approving Amended Forbearance and Settlement**

8

**Agreement with APF-CPX I, LLC, Access Point Financial, LLC and HDDA, LLC [Docket No. 296; filed August 11, 2026]**

iii. **Order Pursuant to Fed. P. Bankr. P. 9019 Approving Forbearance and Settlement Agreement with APF-CPX I, LLC, Access Point Financial, LLC and HDDA, LLC [Docket No. 297; entered August 11, 2026]**

Status: **On August 11, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

Dated: August 11, 2026   /s/ Amanda R. Steele
     Wilmington, Delaware   Russell C. Silberglied (No. 3462)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Clint M. Carlisle (No. 7313)
Kristin N. Cunningham (No. 7561)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:     silberglied@rlf.com
steele@rlf.com
schlauch@rlf.com
carlisle@rlf.com
cunningham@rlf.com

*Counsel for the Debtors*
*and the Debtors in Possession*

9

RLF1 36370834v.1